1
2
3
4
5
6 UNITED STATES DISTRICT COURT
7 DISTRICT OF NEVADA
8 * * *
9 GREGORY K. ADAMSON, | Case No. 2:11-cv-00781-MMD-CWH
10 Plaintiff, | ORDER
11 v.
12 AMATI, et al.,
13 Defendants.
14
15     Before the Court is Plaintiff's Motion for Reconsideration ("Motion") (dkt. no. 16).
16 The Court adopted the Magistrate Judge's Report and Recommendation to deny
17 Plaintiff's Application for Leave to Proceed in Forma Pauperis, finding that Plaintiff's
18 income is sufficient to pay the filing fee. (Dkt. nos. 9, 13.) The Court granted Plaintiff an
19 extension of time to file a motion for reconsideration of the Court's order. (Dkt. no. 13.)
20 Plaintiff's Motion does not claim that the Court made any error in determining that
21 Plaintiff failed to satisfy the indigency requirement of 28 U.S.C. §1915(a)(1) based on
22 the financial information he provided in his Renewed Application to Proceed In Forma
23 Pauperis. While Plaintiff has suffered medical conditions and incurred debts since then,
24 he has not offered the Court any information for the Court to reconsider its decision
25 made based on Plaintiff's financial information at the time he submitted his Renewed
26 Application.
27     It is therefore ordered that Plaintiff's Motion for Reconsideration (dkt. no. 16) is
28 denied. The Court extends the deadline for Plaintiff to pay the filing fee of $350.00 for

an additional thirty (30) days. Failure to pay the filing fee within thirty (30) days from the date of this Order will result in dismissal of the Complaint.

DATED THIS 11th day of June 2014.

                                                                                    _____
                                                                                    MIRANDA M. DU
                                                                                    UNITED STATES DISTRICT JUDGE