Gregory K. Adamson
2064 N. Road 1 East
Chino Valley, Arizona 86323
928-636-2978

FILED ✓   RECEIVED
ENTERED   SERVED ON
COUNSEL/PARTIES OF RECORD

2014 NOV -7  P 12: 27

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF LAS VEGAS, NEVADA

Gregory K. Adamson,                Case No:
    Plaintiff pro per              2:11 cv 00781-mmD-
vs. Amati, et al,                         CWH
    Defendants

Plaintiff motions for a 90 Day Extension of Time to Serve Defendants and to provide Court with his Proof of Service which is now due on/by 11/8/2014.

Plaintiff is still disabled and still traumatized by the Assault and Battery by booking officers that abused him which was unprovoked. We have been unable to complete Waiver of Service Forms or to serve the Defendants and need more time please. Plaintiff suffers from Chronic Fatigue, depression, chronic head pain and body pain, PTSD, Brain Disorder, diagnosed by his doctors. There are no funds available to hire someone to do there things/documents for

(1)

Original

the plaintiff and we are still searching to find an attorney who can afford to take this case. We are exhausted trying to find an attorney. We need help to locate an attorney. Can the Court help us find one please? This suit has tremendous merit. The municipal/Las Vegas Jail has video footage of the booking officers assault and battering plaintiff, unprovoked. This has greatly worsened plaintiff's mental health symptoms/condition. This was Trauma to plaintiff's neurological system/disabled cervical spine and spine. We are experiencing great hardship financially, pysically and mental/Emotionally. Memory, focus, and concentration have been adversely affected. We cannot get things done timely these days. Please allow 90 more days. Thank you.

Respectfully submitted/mailed
November 5, 2014            Gregory K. Adamson
                                   plaintiff

Original