AOS

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

**GREGORY K. ADAMSON**           **Plaintiff**

**VS**

**AMATI; ET AL**           **Defendant**

CASE NO: 2:11-CV-00781-JCM

HEARING DATE/TIME:

DEPT NO:

## AFFIDAVIT OF SERVICE

    GREGORY BROWN R-013683 being duly sworn says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, not a party to or interested in the proceedings in which this affidavit is made. That affiant received copy(ies) of the SUMMONS; COMPLAINT, on the 2nd day of April, 2015 and served the same on the 2nd day of April, 2015, at 09:44 by:

serving the servee ATTORNEY BRIAN SMITH, PUBLIC DEFENDER C/O CITY CLERK by personally delivering and leaving a copy at (address) 495 S. MAIN STREET, LAS VEGAS NV 89101 with DEBRA A. OUTLAND as DEPUTY CITY CLERK, an agent lawfully designated by statute to accept service of process;



✓ FILED     ___ RECEIVED
___ ENTERED     ___ SERVED ON
COUNSEL/PARTIES OF RECORD

APR - 2 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

**Pursuant to NRS 53.045**

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.
**EXECUTED this** 2 **day of** April **, 20** 15 **.**

**GREGORY BROWN R-013683**

Junes Legal Services - 630 South 10th Street - Suite B - Las Vegas NV 89101 - (702) 579-6300 - Fax (702) 259-6249 - Toll Free (888) 56Junes