# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GREGORY K. ADAMSON,<br><br>              Plaintiff,<br>    v.<br><br>AMATI, et al.,<br><br>              Defendants. | Case No. 2:11-cv-00781-MMD-CWH<br><br>ORDER |

On March 22, 2016, the Court dismissed this action without prejudice based on Plaintiff's failure to comply with the Court's deadline for Plaintiff to file an amended proof of service on certain defendants. (ECF No. 79.) Plaintiff appealed. (ECF No. 80.) On August 25, 2016, the Ninth Circuit Court of Appeals dismissed Plaintiff's appeal for failure perfect his appeal. (ECF No. 85.) About seven months later, on March 24, 2017, Plaintiff filed a Rule 60(b) motion, contending that he seeks protection of the judgment based on alleged fraud by the Court. (ECF No. 87.) Plaintiff's motion is frivolous. The Court dismissed this action because of Plaintiff's failure to comply with the deadline established by the Court despite repeated extensions of time. Plaintiff fails to offer a valid reason for the Court to grant him relief from judgment pursuant to Rule 60(b). Plaintiff's Rule 60(b) motion (ECF No. 87) is therefore denied.

DATED THIS 19th day of April 2017.

                                                        MIRANDA M. DU
                                                        UNITED STATES DISTRICT JUDGE